# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:12cr13-5

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ABDUL WHITE, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on a "Motion for Bill of Particulars to Disclose Name and Address of Confidential Informer In Order to Prepare Defense" (#58). On March 22, 2012, this court allowed Mr. White's request to proceed pro se and provided him with standby counsel admitted to practice before the Bar of this court. The day before, the instant motion was filed by "Navin-Chandra Naidu," who claims to be "counsel for Abdul Luqman White" and further claims an "American Bar Association ID# 01798766."

Defendant is advised that while he has a right to represent him self or employ an attorney of his choice, the court will neither accept nor consider pleadings filed by persons who are not admitted to practice before the Bar of this court. Indeed, unless Mr. Naidu is a properly licensed attorney admitted to practice before this court, his attempt to file pleadings in this court amounts to the unauthorized practice of law, punishable as a criminal offense under North Carolina law.

# ORDER

**IT IS, THEREFORE, ORDERED** that the Motion for Bill of Particulars to Disclose Name and Address of Confidential Informer In Order to Prepare Defense (#58) is **DENIED**

as non-justiciable.

The Clerk of this Court is instructed to certify a copy of this Order, pleading #58, and any attachments thereto to the North Carolina State Bar for whatever action the Bar deems appropriate.

Signed: March 26, 2012

Max O. Cogburn Jr.
United States District Judge