# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:12cr13

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| OSMAN WHITE, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the court on the court's own Motion for Peremptory Setting. Previously, the court denied a peremptory setting due to scheduling conflicts and scheduled this matter for trial beginning November 6, 2012, which left few days for trial that week. After such setting, the week of December 3, 2012, became available, and a setting during that week would allow a full five days for trial if needed. The court inquired of all counsel on October 25, 2012, by email, whether there was any objection to such setting. Of counsel who responded, all were in favor of such setting. Having heard no objection within 24 hours, the court will peremptory set trial for December 3, 2012, as an extension of the November 2012 criminal term.

## ORDER

**IT IS, THEREFORE, ORDERED** that the November 2012 criminal term is extended, and this matter is peremptorily set for trial beginning at 9:00 a.m. on December 3, 2012.

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge